## DEW v. STATE.
No. 18020.

Court of Criminal Appeals of Texas.
Feb. 26, 1936.

Early & Johnson, of Brownwood, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale, punishment being assessed at three years' confinement in the penitentiary.

Since the conviction, the law under which appellant was prosecuted and convicted has been repealed in its entirety (Vernon's Ann.P.C. art. 666—49). See Meadows v. State (Tex.Cr.App.) 88 S.W. (2d) 481.

The judgment is reversed and the prosecution ordered dismissed.

## McDONALD v. STATE.
No. 18081.

Court of Criminal Appeals of Texas.
March 4, 1936.

Baskett & Parks, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular and properly presented. In the charge of the court and other matters of procedure we have perceived no defect which would justify a reversal of the judgment or require discussion. The record is before us without statement of facts or bills of exception.

The judgment is affirmed.